UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:   James & Lauren Harris,                    Bankruptcy Case No: 04B 28069
                                                   Chapter: 13

Debtor

### APPLICATION TO PAY FILING FEE AND ADMINISTRATIVE FEE IN INSTALLMENTS

In accordance with Fed. R. Bankr P. 1006 and Item 8 of the Judicial Conference Schedule of Fees for Bankruptcy Courts, application is made for permission to pay the filing fee on the following terms:

$ _____40.00_____ with the filing of the petition, and the balance of
$ _____154.00____ in __4__ installments no more than four of which are to be attributed in whole or in part to the filing fee, as follows:

$ _____40.00_____ on or before August 27, 2004
$ _____40.00_____ on or before September 24, 2004
$ _____40.00_____ on or before October 22, 2004
$ _____34.00_____ on or before November 19, 2004

FILED
JUL 29 2004
KENNETH S. GARDNER
US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
PS REP. - EG

I certify that I am unable to pay the filing fee or the administrative fee except in installments. I further certify that I have not paid any money or transferred any property to an attorney or any other person for services in connection with this case or in connection with any other pending bankruptcy case and that I will not make any payment or transfer any property for services in connection with the case until the filing fee and the administrative fee are paid in full.

*(Check the box below when the following statement applies)*
☒    I further certify that I am unable to complete the required payments within 120 days after the filing of my petition. Accordingly, application is made to extend the period for paying installments to 180 days after the filing of the petition.

Date: _____                              X _Lauren Hicks Harris_____
                                                   Applicant James Harris
                                                   650 E. 159TH Place, South Holland, IL 60473
                                                   Address of Applicant

### Order

IT IS ORDERED that the debtor pay the filing fee and the administrative fee in installments on the terms set forth in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee and the administrative fee are paid in full the debtor shall not pay, and no person shall accept, any money for services in connection with this case, and the debtor shall not relinquish, and no person shall accept, any property for services in connection with this case.

                                                   BY THE COURT
Date: JUL 29 2004                                  KENNETH S. GARDNER

3