IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, James | Case Number: 04 B 28069 |
| --- | --- | --- |
| | Harris, Lauren | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 7/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 20, 2008
Confirmed: September 20, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
| --- | --- | --- |
|  | 24,376.00 |  |
| Secured: |  | 17,657.65 |
| Unsecured: |  | 2,733.60 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 1,254.75 |
| Other Funds: |  | 376.00 |
| Totals: | 24,376.00 | 24,376.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Drive Financial Services | Secured | 10,594.58 | 10,594.58 |
| 3. | Honor Finance | Secured | 7,063.07 | 7,063.07 |
| 4. | Honor Finance | Unsecured | 303.01 | 326.47 |
| 5. | Cavalry Portfolio Services | Unsecured | 572.08 | 0.00 |
| 6. | Americash Loans, LLC | Unsecured | 131.79 | 142.00 |
| 7. | St Margaret Mercy Hospital | Unsecured | 89.53 | 96.46 |
| 8. | Drive Financial Services | Unsecured | 992.81 | 1,069.63 |
| 9. | Americash Loans, LLC | Unsecured | 17.50 | 18.85 |
| 10. | Richard P Komyatte & Assoc | Unsecured | 111.16 | 119.77 |
| 11. | SBC | Unsecured | 80.95 | 87.22 |
| 12. | RMI/MCSI | Unsecured | 474.67 | 511.23 |
| 13. | Sylvan Learning Center | Unsecured | 29.40 | 31.67 |
| 14. | US Bank Corp | Unsecured | 37.06 | 39.91 |
| 15. | Nationwide Acceptance Corp | Unsecured | 172.55 | 185.91 |
| 16. | Salem Investments LLC | Unsecured | 158.02 | 0.00 |
| 17. | Americash Loans, LLC | Unsecured | 96.98 | 104.48 |
| 18. | Chadwicks Of Boston | Unsecured | | No Claim Filed |
| 19. | Direct Tv | Unsecured | | No Claim Filed |
| 20. | Guaranty Bank | Unsecured | | No Claim Filed |
| 21. | Providian | Unsecured | | No Claim Filed |
| 22. | Pay Day Loans | Unsecured | | No Claim Filed |
| 23. | CBSI | Unsecured | | No Claim Filed |
| 24. | Women's Workout World | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, James | Case Number: 04 B 28069 |
| --- | --- | --- |
| | Harris, Lauren | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 7/29/04 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | AT&T Broadband | Unsecured | | No Claim Filed |
| 27. | Walters & Walters, Ltd. | Unsecured | | No Claim Filed |
| 28. | Sprint PCS | Unsecured | | No Claim Filed |
| 29. | Feature Films For Families | Unsecured | | No Claim Filed |
| 30. | Check N Go | Unsecured | | No Claim Filed |
| 31. | Dr Rosa Galvan Silva | Unsecured | | No Claim Filed |
| 32. | National Quick Cash | Unsecured | | No Claim Filed |
| 33. | Charter One Bank | Unsecured | | No Claim Filed |
| 34. | Hammond Clinic | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,279.16 | $ 22,745.25 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.5% | 180.05 |
| 4% | 66.47 |
| 3% | 49.88 |
| 5.5% | 274.22 |
| 5% | 83.10 |
| 4.8% | 146.26 |
| 5.4% | 454.77 |
| | _____ |
| | $ 1,254.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

